# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

IN RE:                                    :

**Vickie Jo Burks,**                      :    Case No. 14-56284

                                               :    Chapter 13

                         Debtor.    :    Judge Caldwell

## NOTICE OF CHANGE OF ADDRESS FOR DEBTOR

Now comes Debtor, Vickie Burkes, by and through counsel, and notifies the Court as to a change in address from that listed in the petition, to the following, effective immediately:

5224 Harbor Boulevard
Columbus, Ohio 43232

Respectfully submitted,

/s/ Crystal I. Zellar
Crystal I. Zellar (#0038785)
Adam T. Barclay (#0075869)
**Zellar & Barclay, Attorneys at Law, Inc.**
720 Market Street
Zanesville, Oh 43701
Telephone: (740) 452-8439
Facsimile: (740) 450-8499
mail@ZellarLaw.com
Counsel for Debtor

## CERTIFICATE OF SERVICE

I hereby certify that on **December 29, 2014**, a copy of the foregoing **Notice of Change of Address of Debtor** was served on the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the Court:

US Trustee                          Chapter 13 Trustee

and on the following by **ordinary U.S. Mail** addressed to:

Vickie Burks
5224 Harbor Blvd
Columbus OH 43232

/s/ Crystal I. Zellar
Crystal I. Zellar (#0038785)
Adam T. Barclay (#0075869)
**Zellar & Barclay, Attorneys at Law, Inc.**
Counsel for Debtor